1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  WALTER J. DAILY,                        )   NO. CV 10-3123 RSWL (FMO)
                                            )
12              Petitioner,                 )
                                            )
13         v.                               )   **ORDER ADOPTING FINDINGS,**
                                            )   **CONCLUSIONS AND RECOMMENDATIONS**
14  GOVERNOR ARNOLD                         )   **OF UNITED STATES MAGISTRATE JUDGE**
    SCHWARZENNEGGER,                        )
15                                          )
                Respondent.                 )
16  _____        )

17       Pursuant to 28 U.S.C. § 636, the Court has conducted a <u>de novo</u> review of the Petition, all

18  of the records herein, and the Report and Recommendation of the United States Magistrate

19  Judge.  No objections to the Report and Recommendation have been filed.  The Court approves

20  and adopts the Magistrate Judge's Report and Recommendation.  Accordingly, IT IS ORDERED

21  THAT:

22       1.    Judgment shall be entered dismissing the action without prejudice.

23       2.    The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24

25  DATED: July 26, 2010.

26                                              RONALD S.W. LEW
                                            _____
27                                              RONALD S.W. LEW
                                            SENIOR UNITED STATES DISTRICT JUDGE

28