**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER J. DAILY, | NO. CV 10-3123 RSWL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GOVERNOR ARNOLD SCHWARZENNEGGER, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 26, 2010.

*RONALD S.W. LEW*
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE